

Entered on Docket
April 26, 2011

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge
_____

1  KATHLEEN A. LEAVITT
   CHAPTER 13 STANDING TRUSTEE
2  201 Las Vegas Blvd South Suite 200
   Las Vegas, NV  89101
3  (702) 853-0700

4                    UNITED STATES BANKRUPTCY COURT
                           DISTRICT OF NEVADA

5  IN RE:                              Chapter 13
   JOSE PALOMINO                       BKS-11-13058-LBR
6  CLAUDIA GARCIA DE PALOMINO
                                       Hearing Date: N/A
7              Debtors                 Hearing Time: N/A

8  PRO SE DEBTOR
   Attorney for Debtors

9         EX-PARTE ORDER DISMISSING CHAPTER 13
          CASE PURSUANT TO 11 U.S.C. SECTION 521(i)
10
      As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not
11
   filed Schedules A through J, Statement of Financial Affairs, Chapter 13 Plan  as required within the
12
   forty-five (45) day period, which expired on April 21, 2011.
13
   . . .
14
   . . .
15
   . . .
16

17

18

19

20

                                        1

1 **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2 **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3 **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4 and for administrative expenses from the balance on hand in this case, if any.

5 **IT IS SO ORDERED.**

6 Submitted by:

7 /s/ Kathleen A. Leavitt
KATHLEEN A. LEAVITT
8 CHAPTER 13 BANKRUPTCY TRUSTEE
Dated: April 25, 2011
9 (CJY)